# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI ZEILINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:10cv5015 |
| vs. ) | |
| ) | ORDER |
| INTERSTATE IRRIGATION, INC., ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the oral status report of counsel Terrance O. Waite. Pursuant to the court's May 9, 2011 order (#16), that the parties mediate all claims, mediation has been scheduled for August 20, 2011 with Matthew Miller. Therefore,

**IT IS ORDERED:**

1. The stay of progression is extended until **October 20, 2011**.

2. The August 1, 2011 Rule 16 planning conference is continued to **October 27, 2011 at 11:00 A.M.**, to be held by telephone call initiated by plaintiff's counsel.

Dated this 13th day of July 2011.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge